USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_08/19/2021\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JUAN ROMAN,** *On Behalf Of Himself And All Other Persons Similarly Situated*,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>**FRANKFORD CANDY LLC, ET AL.,**<br><br>                              **Defendants.** | 1:21-cv-5513 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five (45) days.

**SO ORDERED.**

Dated:   August 19, 2021
            New York, New York

                                                                    *[signature]*
                                                        ————————————————
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**